IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

THOMAS R. MILLER,
    Petitioner,

v.

STATE OF DELAWARE
ATTORNEY GENERALS OFFICE

C.A. NO. 1:08-cv-137 GMS

FILED
JUN 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO AMEND PETITION, PETITIONER LACKED KNOWLEDGE OF FACTS AT TIME OF FILING OF ORIGINAL PETITION § 2707. F.R.C.P. Rule 15(a)

Petitioner with Permission of this Honorable Court granting leave to file his Habeas Corpus Petition pursuant to Habeas Corpus Rule 11 and F.R.C.P. Rule 15(a)

1. Petitioner's petition was filed March 19, 2008, and Memorandum of law was filed April 9, 2008 by Petitioner Thomas R Miller (Pro se).

2. Petitioner wants to Amend Petition on Ground One of Memorandum of law, on the claim. The Trial Court's Denial of Millers' Motion Due To A Lack Of Speedy Trial was An Abuse Of Discretion And Error As A Matter of Law.

3. On February 23, 1993 Miller filed a Motion to Dismiss for Lack of Speedy Trial. Miller filed a second Motion to Dismiss for Speedy Trial violations of June 4, 1993. Miller was arrested and incarcerated for lack of Bond on November 29, 1992.

4. Petitioner wants to bring to the Courts attention he's been awaiting for cases from the (Mhu) Law Library over a week inorder to prevail on Ground one to Amend petition of complaint. (Reason) The Law Library position is occupied by new personnel whom is having problems of keeping up with requests.

WHEREFORE, Petitioner respectfully prays that Motion To Amend Petition be granted to file the amendment stated above in the furtherance of justice.

Respectfully Submitted

Thomas R. Miller
Thomas R. Miller Prose
1181 Paddock Road
Delaware Corr. Center
Smyrna, DE 19977
Petitioner

Date: June 10, 2008

I/M Thomas R. Miller
SBI# 144608  UNIT 22-B-U5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

TO: Office of the Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570