IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS R, MILLER<br>Petitioner,<br><br>V.<br><br>PERRY PHELPS<br>Warden,<br><br>STATE OF DELAWARE<br>ATTORNEY GENERALS<br>OFFICE. | Civil case No. 1:08 cv 137(GMS)<br>ON HABEAS CORPUS PETITION:<br>:TABLE OF CONTENTS:<br>TO AMENDED COMPLAINT TO<br>ARGUMENT ONE |

FILED
JUL 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TABLE OF CONTENTS
ARGUMENT SECTION ONE: TO ARGUMENT ONE.

(1) THE TRIAL COURT'S DENIAL OF MILLER'S MOTION DUE TO LACK OF SPEEDY TRIAL WAS AN ABUSE OF DISCRETION AND ERROR AS A MATTER OF LAW.,.....FROM PAGE 1 THRU 12.

(11) A FRAUDENTLY PREPARED WAIVER OF INDICTMENT FROM PAGE 13 THRU 28. :SECTION TWO OF ARGUMENT ONE:

(111) ARGUMENT SECTION THREE TO ARGUMENT ONE.

DEFENDANT MILLER WAS ARRESTED ON NOVEMBER 29, 1992, ON (5) SERIOUS FELONY CHARGES THAT SHOULD HAVE BEEN SENT TO THE DELAWARE GRAND JURY FOR AN EXAMINATION TO BE INDICTED ON. HE CONTENDS THE CHARGES WAS NEVER SENT, NOT EVEN WITHIN THE (5) YEAR STATUE OF LIMITATIONS, WHICH WAS UP ON NOVEMBER 29, 1997. ALL FELONY CHARGES IN DELAWARE ARE INDICTABLE BY THE GRAND JURY TO THE PRESENT DAY. THE ATTORNEY GENERALS, AND DEPUTY ATTORNEY GENERALS OFFICE, AND SUPERIOR COURT OF DELAWARE, LOST ALL SUBJECT MATTER JURISDICTION OVER THE CASE, AND MILLER THE PERSON OF PETITIONER. FROM PAGE 28 THRU 44.

I/M Thomas R. Miller
SBI# 144608   UNIT 22 B-U-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570