TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Case Number: 1:08-cv-137 (GMS)

FROM: Thomas R. Miller
#144108 22 Bldg B-U-5

DATE: July 21, 2008

Hello sir, I'm writing your office, for an status report, docket sheet covering my entire civil action.

Thank You.
Thomas R. Miller



FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned

I/M Thomas R. Miller
SBI# 144108    UNIT 22-B-U-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

TO: Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570



UNITED STATES POSTAGE
$ 00.42°
MAILED FROM ZIP CODE